UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  Case No. 2:17-cr-11-FtM-38CM

JAMES KYLE RICHARDSON
_____

**PRELIMINARY ORDER OF FORFEITURE**

The United States moves, pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(b)(2) for a preliminary order of forfeiture for a Reck firearm and CBC ammunition.

Being fully advised of the relevant facts, the Court finds as follows:

Following a jury trial, the defendant was found guilty of being a convicted felon in possession of a firearm and ammunition, in violation of 18 U.S.C. § 922(g)(1) of the Indictment.

The United States has established the requisite nexus between the defendant's crime of conviction and the firearm and ammunition identified above. Thus, the government is entitled to forfeit of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is **GRANTED**. Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition identified above are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853, as incorporated by 28 U.S.C. § 2461(c).

It is **FURTHER ORDERED** that, this order shall become a final order of forfeiture at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the assets.

**ORDERED** in Fort Myers, Florida, this 18th day of August, 2017.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties\Counsel of Record